[No. 65715-1-I. Division One. February 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON D. LAIRD, *Appellant*.

 *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 65847-6-I. Division One. February 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERR ELLIS MACMILLAN, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 8, 2012. Substitute opinion filed. See 171 Wn. App. 1005.

[No. 65858-1-I. Division One. February 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW VOGT, *Appellant*.

 *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 66046-2-I. Division One. February 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRON VAN DOWNEY, *Appellant*.

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.